

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Luis Eduardo Perez
a/k/a Eduardo Perez Alvarenga
a/k/a Eduardo Martinez,

Vs. No. 11-21-00117-CR

The State of Texas,

\* From the 104th District Court
  of Taylor County,
  Trial Court No. 21490B.

\* July 30, 2021

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered the motion to dismiss this appeal filed by Luis Eduardo Perez a/k/a Eduardo Perez Alvarenga a/k/a Eduardo Martinez and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.